# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 18, 2021

## NO. 03-19-00964-CV

**Larry Don Atkins, Appellant**

**v.**

**Texas Department of Motor Vehicles, Appellee**

**DIRECT APPEAL FROM THE MOTOR VEHICLE DIVISION
OF THE TEXAS DEPARTMENT OF TRANSPORTATION
BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND KELLY
AFFIRMED -- OPINION BY CHIEF JUSTICE BYRNE**

This is a direct appeal of the order signed in the agency on October 25, 2019. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the agency's order. Therefore, the Court affirms the agency's order. The appellant shall pay all costs relating to this appeal.